USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1606 ROBERT COOK, Plaintiff, Appellant, v. MICHAEL HEAVEY, ET AL., Defendant, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ Robert Cook on brief pro se. ___________ Joslin Ham Murphy on brief for appellees, Town defendants. _________________ Scott Harshbarger, Attorney General, and William J. Duensing, __________________ _____________________ Assistant Attorney General, Criminal Bureau, on brief for appellees, State defendants. ____________________ December 23, 1996 ____________________ Per Curiam. Plaintiff-appellant appeals the ___________ dismissal of his second amended complaint for failure to state a claim. Reviewing the dismissal de novo, and upon __ ____ consideration of the parties' briefs and the record, we agree with the district court's analysis and affirm substantially for the reasons set forth in Judge Keeton's thorough memorandum order. There was no abuse of discretion in the court's decision to dismiss the complaint without affording plaintiff another opportunity to amend. Affirmed. ________ -2-